UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 4:24-cv-00943-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 28 |

On October 4, 2024, the Court granted counsel John P. Briscoe's motion to withdraw as counsel for Plaintiff Patrick Smith, and the case management conference was continued to November 5, 2024. (Dkt. No. 25 at 4-5.) At that time, the Court declined to vacate the existing case deadlines, which include a fact discovery cut-off of February 10, 2025, and a trial date of October 14, 2025. (*See id.* at 4; 6/10/24 Case Management and Pretrial Order, Dkt. No. 16 at 8-9.) Plaintiff's former counsel served the court order granting withdrawal on Mr. Smith, as required by Civil Local Rule 11-5(b) and filed a certificate of service indicating that the order was served via both email and U.S. Mail. (Dkt. No. 26.)

On November 5, 2024, the Court held a case management conference, where Plaintiff Patrick Smith did not appear. (11/5/24 Minutes, Dkt. No. 28.) Additionally, Plaintiff did not participate in the drafting of the joint case management statement, nor did he file a separate case management statement. (*See* Dkt. No. 27 at 2.) Mr. Smith's nonparticipation was despite defense counsel's multiple attempts to contact him to schedule a meet and confer regarding the drafting of the joint case management statement, but those three emails went unanswered. (*See* Dkt. No. 27 at 2, Exs. A-C.) The Court notes that Plaintiff has also not filed a notice of appearance, nor has he obtained new counsel in this matter.

1   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than
2   **December 9, 2024**, why this case should not be dismissed for failure to prosecute.  Plaintiff is
3   advised that the failure to timely respond to this order to show cause may result in this case being
4   dismissed with prejudice.

5   To assist him in responding to this order to show cause, Plaintiff may wish to contact the
6   Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-
7   8982.  Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in
8   presenting their case.  This manual, and other free information for pro se litigants, is available
9   online at: *https://cand.uscourts.gov/pro-se-litigants/*.

10  Finally, former counsel is ordered to immediately serve this order to show cause on
11  Plaintiff and file a certificate of service.

12  IT IS SO ORDERED.

13  Dated: November 19, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge